IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CODY EMMANUEL GARDNER**                                      **PLAINTIFF**

V.                                **CASE NO. 5:24-CV-5136**

**DETECTIVE BAILEY, Fayetteville Police
Department; and CLAUDIA DOE**                                **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 6) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and no party filed objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** that all claims against Defendant Doe are dismissed for failure to state a plausible claim, and she should be terminated as a Defendant.

**IT IS FURTHER ORDERED** that the claims of wrongful arrest on false charges against Defendant Bailey are **STAYED** and **ADMINISTRATIVELY TERMINATED** pending the resolution of Gardner's state criminal case. Gardner will have thirty (30) days after the final resolution of his pending criminal case to file a Motion to Reopen this case. Upon notice filed by Defendant Bailey, the failure of Gardner to file the Motion by the deadline will result in the summary dismissal of this case.

**IT IS SO ORDERED** on this 19th day of August, 2024.

                                                  */s/ Timothy L. Brooks*
                                                  TIMOTHY L. BROOKS
                                                  UNITED STATES DISTRICT JUDGE